FILED

08/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0354

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0354

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

LEROY MICHAEL CHARLES,

> Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 21, 2024, within which to prepare, file, and serve the State's response brief.

**TT**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 20 2024